**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ALICIA BOLER**                                                                                       **PLAINTIFF**

**VS.**                           **CASE NO. 3:15CV00395 PSH**

**DOLGENCORP LLC, dba
DOLLAR GENERAL**                                           **DEFENDANT**

## ORDER

The parties have, pursuant to 28 U.S.C. § 636(c), consented to proceed before the undersigned in this case. See docket entry no. 7. Prior to the entry of consent, an initial scheduling order was entered setting the trial for January 17, 2017. See docket entry no. 5. The trial date and the other scheduling deadlines contained in the initial scheduling order will remain in effect.

IT IS SO ORDERED this 24th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE