IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALICIA BOLER**                                                                                   **PLAINTIFF**

**VS.**                    **CASE NO. 3:15CV00395 PSH**

**DOLGENCORP LLC, dba**
**DOLLAR GENERAL**                                                   **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.  The relief sought is denied.

DATED this 14th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE